UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>WAYNE CARTER,<br><br>       Defendant. | Case No:  CR 10-0363 SBA<br><br>**ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE** |

Defendant filed a pro se motion for an early termination of his supervised release. See 18 U.S.C. § 3583(e).  The Court issued an Order setting a briefing schedule requiring the Government to file a brief by no later than May 20, 2011 and the Defendant to file any response no later than June 3, 2011, and setting a hearing for June 21, 2011.  Subsequent to the issuance of the Order, however, the Court determined that no Assistant United States Attorney in this district has yet been assigned to the case, which was transferred into this Court.  To provide the United States Attorney's Office time to assign the case and respond to Defendant's motion, IT IS HEREBY ORDERED THAT the June 21, 2011 hearing is CONTINUED to July 26, 2011 at 11:00 a.m.  The Probation Office shall file a memorandum with its recommendation regarding Defendant's motion no later June 29, 2011. The Government shall file any response to Defendant's motion no later than July 12, 2011. Defendant shall file any reply to the Government's response no later than July 19, 2011.

      IT IS SO ORDERED.

Dated:  June 16, 2011

                                                       *Saundra B Armstrong*
                                       SAUNDRA BROWN ARMSTRONG
                                       United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

WAYNE CARTER,

       Defendant.
_____/

                                                  Case Number: CR10-00363 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Wayne Carter** (1)
1032 Santa Clara #A
Alameda, CA 94501

Dated: June 16, 2011

                                        Richard W. Wieking, Clerk

                                        By: LISA R CLARK, Deputy Clerk