MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHRISTINA M. McCALL (CABN 234139)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-0363 SBA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO RELEASE PRESENTENCE REPORT TO THE PARTIES |
| ) | |
| v. ) | |
| ) | |
| WAYNE CARTER, ) | |
| ) | |
| Defendant. ) | |

## INTRODUCTION

Wayne Carter (Defendant) has filed a new motion for early termination of his supervised release. Because his conviction took place in the Middle District of Tennessee, attorneys for the United States and Defendant in this district do not have copies of the Presentence Report. The policy of the United States Probation Office in this district is to only release copies of Presentence Reports pursuant to Court orders. Usually, the magistrate judges order release of Presentence Reports when a defendant makes an initial appearance on a petition to revoke Supervised Release. However, there has not been a petition to revoke in this case, so no judge has ordered the release of the Presentence Report. The assigned United States Probation Officer has a copy of the report, which he is willing to provide, once the Court orders it. In light of this

1  information, the parties hereby request and stipulate that the Presentence Report should be

2  released to assist in the determination of the motion for early termination.

3  DATED: March 29, 2013                    Respectfully submitted,

4                                           MELINDA HAAG
                                            United States Attorney

5
                                             */s/ Christina McCall*
6                                           CHRISTINA McCALL
                                            Assistant United States Attorney

7
                                             */s/ Ned Smock*
8                                           NED SMOCK
                                            Attorney for Wayne Carter

9

10

11                                  **ORDER**

12      Based on the reason provided in the stipulation of the parties above, the Court

13  hereby ORDERS THAT the United States Probation Office provide a copy of

14  Defendant's Presentence Report to attorneys for the United States and for Mr. Carter.

15

16      **IT IS SO ORDERED.**

17  DATED:    3/28/13                       _____
                                            SAUNDRA BROWN ARMSTRONG
18                                          United States District Judge

STIP. & ORDER TO RELEASE PSR TO PARTIES
CR 10-0363 SBA                              2